MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:                Wendy L. Xiong

Chapter 7 Case No.     09-48586

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Nai Xiong<br>21795 County Road 30<br>Corcoran MN 55340 | n/a | n/a | 87.00 |
| Wendy L. Xiong<br>21795 County Road 30<br>Corcoran MN 55340 | n/a | n/a | 1.56 |
| Total: | | | 88.56 |

DATED: April 26, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-188